13663

WALKER, FORFEITED LAND COM'R, v. HARRIS, TAX COLLECTOR

(170 S. E., 270)

244

246

*Mr. W. Marshall Bridges,* for appellant,

*Messrs. Samuel Want* and *Melvin Hyman,* for respondent,

July 11, 1933.

The opinion of the Court was delivered by Mr. Chief Justice Blease.

We find no error of law in the order of his Honor, Circuit Judge Dennis, appealed from in this cause, which will be reported, and the same is affirmed.

Messrs. Justices Stabler, Carter and Bonham concur.